**93–1574.** Trionix Research Laboratory, Inc. v. ADAC Laboratories, Inc. *Summit County*, No. 15896. This cause is pending before the court as a discretionary appeal. Upon consideration of

appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed, effective June 29, 1994.